👉 **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

— v. —

FABIO RESTREPO,

        Defendant.

- - - - - - - - - - - - - - - - x

NOTICE OF INTENT TO FILE INFORMATION

**07 CRIM 963**

*JUDGE BATTS*

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: New York, New York
       October 9, 2007

                        MICHAEL J. GARCIA
                        United States Attorney

           By: _____
                  IRIS LAN
                  Assistant United States Attorney

AGREED AND CONSENTED TO:

           By: _____
                  MICHAEL SPORN
                  Attorney for FABIO RESTREPO

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```

10/10/07 WHEEL A