

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      - v. -　　　　　　　　　　　:　　　INFORMATION

FABIO RESTREPO,　　　　　　　　:　　　07 Cr. ____

      Defendant.　　　　　　　　　:　　07 CRIM 963

- - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

In or about July 2007, in the Southern District of New York and elsewhere, FABIO RESTREPO, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter and was found in the United States, after having been removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about April 20, 1987, in Queens County Supreme Court, for Criminal Sale of a Controlled Substance in the Fifth Degree in violation of P.L. 220.31, an aggravated felony, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

COUNT TWO

The United States Attorney further charges:

1. On or about July 18, 2007, in the Southern District of New York and elsewhere, FABIO RESTREPO, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that FABIO RESTREPO, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

2

        a.  On or about July 18, 2007, FABIO RESTREPO, the defendant, possessed a quantity of cocaine in Queens, New York.

        (Title 21, United States Code, Section 846.)

*Michael J. Garcia* (signature)
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

FABIO RESTREPO

Defendant.

**INFORMATION**

07 Cr.

(8 U.S.C. § 1326(a) and (b)(2))
(21 U.S.C. § 846)

MICHAEL J. GARCIA
United States Attorney.

---

10/17/07

\* Filed Waiver of Indictment + Information
Deft. pres. with attorney Mr. Spern, A.U.S.A. Ms. Moyne pres. Court reporter pres. Interpreter pres. Deft. withdraws plea of Not Guilty and enters a plea of guilty to Counts #1 + 2. P-S.I Ordered. No sentence date set. Deft. Cont. Detained.

Pitman
U.S.M.J.