UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

FABIO RESTREPO,

    Defendant.

- - - - - - - - - - - - - - - - - x

WAIVER OF INDICTMENT

07 CRIM 963
07 Cr. _____

    The above-named defendant, who is accused of violating Title 8, United States Code, Sections 1326(a) & (b)(2), and Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

                                      _____
                                      FABIO RESTREPO
                                      Defendant

                                      _____
                                      Witness

                                      _____
                                      MICHAEL SPORN, ESQ.
                                      Counsel for Defendant

Date:  New York, New York
       October __, 2007

0202